IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TIFFANY NICOLE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 3:08cv503-MHT |
| v. | ) | (WO) |
| | ) | |
| BODNAR ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed without prejudice for lack of prosecution. After a review of the recommendation, to which Plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. An appropriate judgment will be entered.

Done this the 18th day of June, 2009.

　　　　　　　　　　　　　　　　　　/s/   Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE